FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 16 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# United States District Court
## Eastern District of Washington

CARYL DANITA CAREY et al
(All members that are
Heal(?) kinspeople to my Estate)

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

① Central Intelligence Agency
② George Walker Bush Jr.
③ Barack Michelle Obama
④ Donald John Trump et al

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

⑦ Black Lives Matter
(Lebron James)

Case No. 2:26-cv-00026-TOR
*(To be filled out by Clerk's Office only)*

## COMPLAINT

Jury Demand?
☒ Yes
☐ No

(see reverse)

⑤ government of Nigeria
⑥ government of India
⑧ mark anthony spears
⑨ mario beggs
(Schneider trucking Company)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Coley, Caryl Jonita
Name (Last, First, MI)

10303 North Division Street Suite 101 #416
Street Address

Spokane, Spokane, WA 99218
County, City                State           Zip Code

Private
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Central Intelligence Agency
Name (Last, First)

1600 Pennsylvania Avenue
Street Address

Washington DC
County, City            State       Zip Code

Defendant 2: George Walker Bush Jr.
Name (Last, First)

1600 Pennsylvania Avenue
Street Address

Washington DC
County, City            State       Zip Code

**Defendant(s) Continued**

Defendant 3: Barack Hussein Obama
Name (Last, First)

1600 Pennsylvania Avenue
Street Address

Washington DC
County, City          State          Zip Code

Defendant 4: Donald John Trump
Name (Last, First)

1600 Pennsylvania Avenue
Street Address

Washington DC
County, City          State          Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question"; state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____
_____

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

_____

_____

_____

_____

_____

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Spokane, Washington

Date(s) of occurrence: 1975 - continuance/ongoing 2026

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

FACTS: [What happened to you?]

Since 1975, the central intelligence agency equipment for surveillance has been abused and illegally placed inside of my dwelling places, my former and current vehicles and that of each of my family members that who immigrated

do the United States of America Iran Jamaica

And with these surveillance equipment that was misappropriated on George Walker Bush Jr, Barack Hussein Obama, Donald John Trump, the government of Nigeria — which includes the fraudulent royal family members (who are not acknowledged by the Nigeria government as royal) + the government of India

— my family and myself are defamated, slandered satellicly and publically and we are and have been sexually portrayed and sexually stalked by the Central Intelligence Agency employees nationwide and domestically —

Was anyone else involved?

which has resulted in stolen identities, stolen monies / checks, immigration fraud and immigration interference and severe trauma and the murders and attempted murders of my family members (two grandmothers and two uncles) academic interference and fraud

employment interference and deliberate impoverishment.

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

My identity was compromised and stolen by a central intelligence agency ~~employee~~ employee who works for Social Security administration and the Internal Revenue Service and continued false pretenses and fraudulent misrepresentation

## VI. RELIEF

The relief I want the court to order is: (1) Fifty billion dollars.

☒ Money damages in the amount of: $50,000,000,000.00

☒ Other (explain):

(2) Permanent injunction relief from the US government and all of its agencies and agents and employee

(3) Permanent removal of all of my personal information in every civilian US government database along with my family members

(4) Name Ban Permanent — Ban my name from being used or displayed anywhere in the US + the database

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

__1/16/2026__
Dated

__[signature]__
Plaintiff's Signature

__Corby Caryl Donita__
Printed Name (Last, First, MI)

__1008 North Division Street    Ste 1 CT #416    Spokane, WA    99216__
Address                City            State        Zip Code

__Private__
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*